UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JVW ENTERPRISES, INC.,

                             Plaintiff,

                                                                   ORDER DISMISSING
                                                                     DEFENDANT COMPUSA,
                                                                     INC., AND CLOSING CASE

                                                                     03-CV-6221L

                             v.

AMAZON.COM, INC., et al.,

                             Defendants.
_____

      Pursuant to a stipulation between plaintiff, JVW Enterprises, Inc. and CompUSA, Inc. (Dkt. #82), this Court hereby DISMISSES CompUSA, Inc., as a party to this action with prejudice, and CompUSA being the last remaining defendant, dismisses the entire action, with prejudice.

      IT IS SO ORDERED.

                                             _____
                                                DAVID G. LARIMER
                                                United States District Judge

Dated: Rochester, New York
        November 16, 2007.